**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
-----------------------------------------------------------X

HUMBERTO LOPEZ *individually and on*
*behalf of others similarly situated,*

**DOCKET 24-CV-10175 (RK) (JBD)**

*Plaintiff,*

-against-

AS PAVERS LLC, ALEX HOLON

*Defendants.*

**NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT TO**
**F.R.C.P. 41(a) (1) (A) (i)**
-----------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 42 (a) (1) (A) (i)

Pursuant to F.R.C.P. 41 (a) (1) (A) (i) of the Federal Rules of Civil Procedure, the plaintiff HUMBERTO LOPEZ and or his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants AS PAVERS LLC, ALEX HOLON

Dated: New York, New York
        November 30, 2024

STILLMAN LEGAL PC

By: *Lina Stillman, Esq*
Lina F Stillman, Eq

**SO ORDERED**

Robert Kirsch, U.S.D.J.
Date: 2/18/25